**Ernest D. BROWN, Respondent,**

v.

**STATE of Missouri, Appellant.**

No. WD 44823.

Missouri Court of Appeals, Western District.

March 3, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 28, 1992.

Application to Transfer Denied June 2, 1992.

**506**

David S. Durbin, Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Hugh L. Marshall, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and ULRICH and HANNA, JJ.

### ORDER

PER CURIAM.

Defendant appeals from the dismissal of a Rule 29.15 motion for post-conviction relief as a successive motion.

The judgment is affirmed. Rule 84.16(b).